IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GUSTAVO ALVAREZ RIVAS,<br>JUAN GUILLERMO GUERR ZARATE,<br>RENE ALEJANDRO SANTA<br>HERNANDEZ, and<br>ANDRES VALERIO MORALES,<br>            Plaintiffs,<br><br>            v.<br><br>VICTORY GARDENS, INC.,<br>SNOW BUTLERS, L.L.C.,<br>MICHAEL BUTLER, and<br>JUSTIN BUTLER,<br>            Defendants. | CIVIL ACTION<br><br><br><br>NO.  18-4085 |

**O R D E R**

**AND NOW**, this 25th day of November, 2019, upon consideration of Amended Joint Motion for Court Approval of Settlement Agreement and Dismissal of Complaint (Document No. 31, filed November 20, 2019), **IT IS ORDERED** that Amended Joint Motion for Court Approval of Settlement Agreement and Dismissal of Complaint is **GRANTED**. The Court **APPROVES** the settlement in the total amount of $36,540.00, to be distributed to the four (4) plaintiffs in accordance with the Settlement Agreement and Release (Public Agreement) attached to the Joint Motion as Exhibit "A". Plaintiffs' counsel agreed not to seek a counsel fee from the $36,5410.00 settlement fund; the counsel fee will be paid out of the settlement of the related claims under 42 U.S.C. § 1981, the Pennsylvania Minimum Wage Act and the Pennsylvania Wage Payment and Collection Law.

The Court **FINDS** that the settlement is a fair and reasonable compromise of a bona fide dispute and does not impermissibly frustrate the implementation of the Fair Labor Standards Act in the workplace.

**IT IS FURTHER ORDERED** that Joint Motion for Court Approval of Settlement Agreement and Dismissal of Complaint (Document No. 30, filed August 26, 2019) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs. The Court **RETAINS** jurisdiction over the case for the purpose of enforcing the settlement.

        **BY THE COURT:**

        /s/ Hon. Jan E. DuBois

        DuBOIS, JAN E., J.